FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALPHONSO FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>CPM DEVELOPMENT CORPORATION, a corporation registered in the State of Washington,<br><br>    Defendant. | NO. 1:17-cv-03086-SAB<br><br>**ORDER ENTERING STIPULATION; DISMISSING CASE WITH PREJUDICE** |

    Before the Court is the parties' Stipulation of Dismissal With Prejudice, ECF No. 14. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court accepts the stipulation and enters it into the record.

//
//
//
//
//
//
//
//

**ORDER ENTERING STIPULATION; DISMISSING CASE WITH PREJUDICE ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal With Prejudice, ECF No. 17, is **ACCEPTED** and **ENTERED** into the record.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close the file**.

**DATED** this 26th day of March 2018.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION; DISMISSING CASE WITH PREJUDICE ^ 2**